# BRIAN S. THOMAS, LLC
## ATTORNEY AT LAW

327 CENTRAL AVENUE
CENTRAL PROFESSIONAL PLAZA – SUITE 103
LINWOOD, NJ 08221
(609) 601-6066 · FAX: (609) 601-6061 · Email: brian@brianthomaslaw.com

18 NORTH MAIN STREET
CAPE MAY COURT HOUSE, NJ 08210
(609) 463-4800

157 NORTH MAIN STREET
MANAHAWKIN, NJ 08050
(609) 978-4800

July 19, 2016

**Via Electronic Filing**
Honorable Andrew B. Altenburg, Jr., JBC
United States Bankruptcy Court
15 North 7th Street
Camden, New Jersey 08102

      RE:   Bankruptcy of Michael A. Kleinman
              Our File No. N29071-BT
              Case No. 14-32288/ABA

Dear Judge Altenburg:

     The above-captioned matter is scheduled for a Status Conference today. Special counsel has concluded investigation of the financial affairs of the debtor. Trustee is beginning the liquidation process of debtor's office condominium unit. Trustee is requesting that the Status Conference be carried for an additional 90 days.

     Your Honor's attention to this matter is sincerely appreciated.

                              Respectfully yours,

                              Brian S. Thomas

BST:kl