# BRIAN S. THOMAS, LLC
### ATTORNEY AT LAW

327 CENTRAL AVENUE
CENTRAL PROFESSIONAL PLAZA – SUITE 103
LINWOOD, NJ  08221
(609) 601-6066 · FAX: (609) 601-6061 · Email: brian@brianthomaslaw.com

| | |
|---|---|
| 18 NORTH MAIN STREET | 157 NORTH MAIN STREET |
| CAPE MAY COURT HOUSE, NJ  08210 | MANAHAWKIN, NJ  08050 |
| (609) 463-4800 | (609) 978-4800 |

October 11, 2016

**Via Electronic Filing**
Honorable Andrew B. Altenburg, Jr., JBC
United States Bankruptcy Court
15 North 7th Street
Camden, New Jersey 08102

> RE:  Bankruptcy of Michael A. Kleinman
> Our File No. N29071-BT
> Case No. 14-32288/ABA

Dear Judge Altenburg:

The above-captioned matter is scheduled for a status conference today. My special counsel advises that he is still attempting to negotiate a settlement concerning debtor's LLC. I respectfully request that the status conference be carried for another 60 days.

Your Honor's attention to this matter is sincerely appreciated.

Respectfully yours,

Brian S. Thomas

BST:kl