# BRIAN S. THOMAS, LLC
### ATTORNEY AT LAW

327 CENTRAL AVENUE
CENTRAL PROFESSIONAL PLAZA – SUITE 103
LINWOOD, NJ 08221
(609) 601-6066 · FAX: (609) 601-6061 · Email: brian@brianthomaslaw.com

18 NORTH MAIN STREET
CAPE MAY COURT HOUSE, NJ 08210
(609) 463-4800

157 NORTH MAIN STREET
MANAHAWKIN, NJ 08050
(609) 978-4800

December 13, 2016

**Via Electronic Filing**
Honorable Andrew B. Altenburg, Jr., JBC
United States Bankruptcy Court
15 North 7th Street
Camden, New Jersey 08102

      RE:   Bankruptcy of Michael A. Kleinman
            Our File No. N29071-BT
            Case No. 14-32288/ABA

Dear Judge Altenburg:

    The above-captioned matter is scheduled for a status conference today. I have spoken to the attorney for the Trustee, Scott Zauber, and he advises that there are active settlement discussions going on. With the hope of avoiding the necessity of litigation I am requesting that the Status Conference be adjourned for one to two months.

    Your Honor's attention to this matter is sincerely appreciated.

                        Respectfully yours,

                        Brian S. Thomas

BST:kl