# BRIAN S. THOMAS, LLC
## ATTORNEY AT LAW

327 CENTRAL AVENUE
CENTRAL PROFESSIONAL PLAZA – SUITE 103
LINWOOD, NJ 08221
(609) 601-6066 · FAX: (609) 601-6061 · Email: brian@brianthomaslaw.com

| | |
|---|---|
| 18 NORTH MAIN STREET | 157 NORTH MAIN STREET |
| CAPE MAY COURT HOUSE, NJ 08210 | MANAHAWKIN, NJ 08050 |
| (609) 463-4800 | (609) 978-4800 |

March 14, 2017

**Via Electronic Filing**
Honorable Andrew B. Altenburg, Jr., JBC
United States Bankruptcy Court
15 North 7th Street
Camden, New Jersey 08102

        RE:    Bankruptcy of Michael A. Kleinman
                  Our File No. N29071-BT
                  Case No. 14-32288/ABA

Dear Judge Altenburg:

    The above-captioned matter is scheduled for a status conference today. The attorney for the Trustee advises that he is still in settlement discussions. The attorney is trying to avoid litigation in order to keep administrative expenses under control. I am in agreement with this assessment.

    I respectfully request that the Status Conference be adjourned for two months.

    Your Honor's attention to this matter is sincerely appreciated.

                          Respectfully yours,

                          Brian S. Thomas

BST:kl