# BRIAN S. THOMAS, LLC
### ATTORNEY AT LAW

327 CENTRAL AVENUE
CENTRAL PROFESSIONAL PLAZA – SUITE 103
LINWOOD, NJ 08221
(609) 601-6066 · FAX: (609) 601-6061 · Email: brian@brianthomaslaw.com

18 NORTH MAIN STREET
CAPE MAY COURT HOUSE, NJ 08210
(609) 463-4800

157 NORTH MAIN STREET
MANAHAWKIN, NJ 08050
(609) 978-4800

June 12, 2017

**Via Electronic Filing**
Honorable Andrew B. Altenburg, Jr., JBC
United States Bankruptcy Court
15 North 7th Street
Camden, New Jersey 08102

        RE:    Bankruptcy of Michael A. Kleinman
              Our File No. N29071-BT
              Case No. 14-32288/ABA

Dear Judge Altenburg:

    The above-captioned matter is scheduled for a status conference today. I am advised by special counsel that we are close to reaching a settlement, although counsel may have to file a motion dealing with certain claims. If a motion is necessary I anticipate that it will be filed within two weeks.

    I respectfully request that the Status Conference be adjourned for two months.

    Your Honor's attention to this matter is sincerely appreciated.

                        Respectfully yours,

                        Brian S. Thomas

BST:kl