**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102
Telephone number: 856–361–2300

Honorable Andrew B. Altenburg Jr., U.S. Bankruptcy Judge

| **CASE NUMBER:** 14–32288–ABA | **DATE FILED::** 10/31/14 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Michael A. Kleinman<br>xxx–xx–4368 | ADDRESS OF DEBTOR(S):<br><br>41 Maison Place<br>Voorhees, NJ 08043 |
| DEBTOR'S ATTORNEY:<br>Barry W. Frost<br>Teich Groh<br>691 State Highway 33<br>Trenton, NJ 08619–4407<br><br>(609) 890–1500 | TRUSTEE:<br>Brian Thomas<br>Brian Thomas, Esq<br>327 Central Avenue<br>Suite 103<br>Linwood, NJ 08221<br>(609) 601–6066 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

9/11/17

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy–forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: June 13, 2017                    FOR THE COURT
                                        Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                      Case No. 14-32288-ABA
Michael A. Kleinman                                         Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2         Date Rcvd: Jun 13, 2017
                              Form ID: noa             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2017.
db           +Michael A. Kleinman,    41 Maison Place,    Voorhees, NJ 08043-4192
cr           +Davis & Mendelson, L.L.C.,    1200 Laruel Oak Road, Ste. 101,    Voorhees, NJ 08043-4317
cr           +Maison Place Homeowners Association,    c/o Community Management Services Group,
               455 Larchmont Boulevard,    Mt. Laurel, NJ 08054-1929
515146347    +Assistant Attorney General,    Department of Justice, Tax Division,
               Civil Trial Section, Eastern Region,    PO Box 227, Ben Franklin Station,
               Washington, DC 20044-0227
515787383    +Davis & Mendelson, L.L.C.,    c/o Sklar Law, LLC,    1200 Laurel Oak Rd.,    Suite 102,
               Voorhees, NJ 08043-4317
515146351    +Eclinicalworks,    Two Technology Drive,    Westborough, MA 01581-1727
515146352    +Howard Mendelsohn, Esquire,    1200 Laurel Oak Road,    Voorhees, NJ 08043-4323
515146354    +Maison Place Homeowners Association,    c/o Shivers Gosnay & Greatrex, LLC,
               1415 Route 70 East/Suite 309,    Cherry Hill, NJ 08034-2210
515146355    +Mindy Kleinman,    3212 Avalon Court,    Voorhees, NJ 08043-4649
515146356    +Moore Medical,    1690 New Britain Avenue,    Post Office Box 4066,    Farmington, CT 06034-4066
515146357    +NetCarrier Telecom, Inc.,    4000 N. Cannon Avenue,    Lansdale, PA 19446-1880
515146358     Pitney Bowes Global Financial Services,    500 Ross Street/Suite 154-0470,
               Post Office Box 371887,    Pittsburgh, PA 15262-0001
515146359     Sanofi Pasteur, Inc.,    Attn: Diane DeFabo,    Discovery Drive,    Swiftwater, PA  18370
515146360    +TD Bank,    401 Route 73,    Voorhees, NJ 08043-9589

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QBTHOMAS.COM Jun 13 2017 21:53:00      Brian Thomas,    Brian Thomas, Esq,
               327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2017 22:19:21      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2017 22:19:17      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
intp         +EDI: FDSSTANGER.COM Jun 13 2017 21:53:00      Douglas S. Stanger,    Flaster Greenberg,
               Trustee for the Estate of,    Mindy Kleinman,    646 Ocean Heights Avenue,
               Linwood, NJ 08221-1009
515146345     EDI: AMEREXPR.COM Jun 13 2017 21:53:00      American Express,    c/o Jaffe & Asher,
               600 Third Avenue,    New York, NY 10016-1901
515146346     EDI: AMEREXPR.COM Jun 13 2017 21:53:00      American Express,    Post Office Box 981540,
               El Paso, TX 79998-1540
515146349     EDI: BANKAMER.COM Jun 13 2017 21:53:00      Bank of America,    Post Office Box 5170,
               Simi Valley, CA 93062-5170
515146350     EDI: CHASE.COM Jun 13 2017 21:53:00      Chase,    Post Office Box 9001022,
               Louisville, KY 40290-1022
515146353    +EDI: IRS.COM Jun 13 2017 21:53:00      Internal Revenue Service,    Post Office Box 7346,
               Philadelphia, PA 19101-7346
516379695     EDI: RMSC.COM Jun 13 2017 21:53:00      Synchrony Bank,
               c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
515146362     EDI: USBANKARS.COM Jun 13 2017 21:53:00      US Bancorp,    US Bancorp Center,
               800 Nicollet Mall,    Minneapolis, MN 55402
515146361    +E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2017 22:19:21      United States Attorney,
               970 Broad Street, 5th Floor,    Newark, NJ 07102-2527
515146348     E-mail/Text: vci.bkcy@vwcredit.com Jun 13 2017 22:19:32      Audi Financial Services,
               PO Box 7247-0136,    Philadelphia, PA 19170
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Brian Thomas,    Brian Thomas, Esq,    327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1              User: admin                    Page 2 of 2                  Date Rcvd: Jun 13, 2017
                                  Form ID: noa                   Total Noticed: 27
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2017 at the address(es) listed below:
              Andrew   Sklar    on behalf of Trustee Andrew   Sklar andy@sklarlaw.com,
               NJ43@ecfcbis.com;dolores@sklarlaw.com
              Andrew   Sklar    on behalf of Creditor    Davis & Mendelson, L.L.C. andy@sklarlaw.com,
               dolores@sklarlaw.com
              Barry W. Frost    on behalf of Debtor Michael A. Kleinman bfrost@teichgroh.com
              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
              Brian S. Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Interested Party Douglas S. Stanger
               doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              George C. Greatrex, Jr.    on behalf of Creditor    Maison Place Homeowners Association
               ggreatrex@sgglawfirm.com, kmuchler@verizon.net
              Joel R. Spivack    on behalf of Creditor Mindy  Kleinman joel@spivacklaw.com,
               admin@spivacklaw.com;r44331@notify.bestcase.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert J. Schneider    on behalf of U.S. Trustee    United States Trustee
               robert.j.schneider@usdoj.gov
              Scott M. Zauber    on behalf of Trustee Brian   Thomas szauber@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
               m;hinnaurato@subranni.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14
```