**FLASTER GREENBERG**
Attorneys at Law | A Professional Corporation

646 Ocean Heights Avenue, Ste. 103
Linwood, NJ 08221
(609) 645-1881
Fax: (609) 645-9932
www.flastergreenberg.com

**DOUGLAS S. STANGER, ESQUIRE**
Member of NJ & NY Bar
Direct Dial   (609) 645-1881
Mail:doug.stanger@flastergreenberg.com
PLEASE RESPOND TO LINWOOD OFFICE

July 12, 2016

The Honorable Andrew B. Altenburg, Jr.
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Camden, N.J. 08101

    **RE:**  Michael A. Kleinman
         Case No.:  14-32288
         Motion to Modify Claim Scheduled for July 18, 2017

Dear Judge Altenburg:

I am the bankruptcy trustee for Mindy Kleinman - case number 15-29821, and my firm is counsel. The above referenced motion was filed to modify the claim previously filed by Ms. Kleinman's counsel. Our office has filed an amended proof of claim today per various conversations with Scott Zauber, Esq. counsel for the Trustee in this case.

I understand that Mr. Zauber is notifying the court that the matter can be marked as resolved. Thank you for your attention to this matter.

        Respectfully submitted,

        FLASTER/GREENBERG P.C.

        Douglas S. Stanger

DSS/lef

6323018 v1