| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SUBRANNI ZAUBER LLC<br>Willow Ridge Executive Office Park<br>750 Route 73 South, Suite 307B<br>Marlton, NJ 08053<br>(609) 347-7000; Fax (609) 345-4545<br>Attorneys for Trustee<br>By:  Scott M. Zauber, Esq.  SZ6086<br><br><br>In Re:<br><br>Michael A. Kleinman |

Case No.:     14-32288-ABA

Chapter:       7

Hearing Date: July 18, 2017 at 10:00 AM

Judge:         Andrew B. Altenburg, Jr.

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Motion to Modify Claims of Mindy Kleinman - Hearing: 7/18/2017 at 10:00 AM.

An Amended Proof of Claim has been filed that satisfies the Trustee's objection. Please mark the motion as moot.

Date:  July 13, 2017                                    /s/ Scott M. Zauber_____
                                                                    Signature

*rev.8/1/15*