UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; FAX (609) 345-4545
Attorneys for Trustee
By: Scott M. Zauber, Esq.  SZ6086

Order Filed on August 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael A. Kleinman

Case No.:    14-32288-ABA

Chapter:    7

Judge:    Andrew B. Altenburg

**ORDER AUTHORIZING RETENTION OF**

Sharer Petree Brotz & Snyder

The relief set forth on the following page is **ORDERED**.

**DATED: August 21, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain   Sharer Petree Brotz & Snyder

as   Accountant for Trustee  , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   1103 Laurel Oak Road, Suite 105B
   Voorhees, NJ 08043

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2