UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; FAX (609) 345-4545
Attorneys for Trustee
By: Scott M. Zauber, Esq.  SZ6086

Order Filed on August 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Michael A. Kleinman

Case No.:  14-32288-ABA

Chapter:  7

Judge:  Andrew B. Altenburg

# ORDER AUTHORIZING RETENTION OF

Sharer Petree Brotz & Snyder

The relief set forth on the following page is **ORDERED**.

**DATED: August 21, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Sharer Petree Brotz & Snyder_____

as _____Accountant for Trustee_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 1103 Laurel Oak Road, Suite 105B

   Voorhees, NJ 08043

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                          Case No. 14-32288-ABA
Michael A. Kleinman                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Aug 21, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2017.
db             +Michael A. Kleinman,    41 Maison Place,    Voorhees, NJ 08043-4192

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2017 at the address(es) listed below:
              Andrew   Sklar    on behalf of Trustee Andrew  Sklar andy@sklarlaw.com,
               NJ43@ecfcbis.com;dolores@sklarlaw.com
              Andrew   Sklar    on behalf of Creditor    Davis & Mendelson, L.L.C. andy@sklarlaw.com,
               dolores@sklarlaw.com
              Barry W. Frost    on behalf of Debtor Michael A. Kleinman bfrost@teichgroh.com
              Brian   Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas     brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
              Brian S. Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Interested Party Douglas S. Stanger
               doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              George C. Greatrex, Jr.    on behalf of Creditor    Maison Place Homeowners Association
               ggreatrex@sgglawfirm.com,   kmuchler@verizon.net
              Joel R. Spivack    on behalf of Creditor Mindy  Kleinman joel@spivacklaw.com,
               admin@spivacklaw.com;r44331@notify.bestcase.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert J. Schneider    on behalf of U.S. Trustee    United States Trustee
               robert.j.schneider@usdoj.gov
              Scott M. Zauber    on behalf of Trustee Brian  Thomas szauber@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
               m;hinnaurato@subranni.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14