UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 14-32288-ABA |
| Michael A. Kleinman | Chapter: | 7 |
| | Judge: | Andrew B. Altenburg, Jr. |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Brian S. Thomas_, Trustee , in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse

401 Market Street

Second Floor

Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable  Andrew B. Altenburg, Jr.    on September 26, 2017  at  10:00  a.m. at the United States Bankruptcy Court, courtroom no.  4B  , Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, NJ 08101  (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:**   Debtor is a member of an LLC, Michael Kleinman, D.O., LLC, (collectively the "Kleinman Entities"). His LLC owns a medical condominium located at 750 Route 73 South, Marlton, New Jersey (the "Property"). Although the Property is encumbered by a mortgage, the Trustee believes that equity exists in the Property and that he could file an adversary proceeding to take possession of the property, sell it, and distribute the proceeds to creditors. In response, the Kleinman Entities asserted various credits to reduce the amount of potential equity in the Property and alleged certain defenses to the Trustee's claims regarding his ownership interest in the Property. To avoid the risks and costs of litigation, the parties desire to resolve the dispute.

**Pertinent terms of settlement:** Payment to the Trustee of $45,000.00 in a lump sum payment within ten days of the entry of a final Order of the Bankruptcy Court approving the proposed Notice of Settlement of Controversy, and the Kleinman Entities shall provide a mutual release to the Trustee and the Bankruptcy Estate.

Objections must be served on, and requests for additional information directed to:

Name: /s/ Scott M. Zauber, Esq._____

Address: Willow Ridge Executive Office Park, 750 Route 73 South, Ste 307B, Marlton, NJ 08053

Telephone No.: (609) 347-7000_____

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-32288-ABA
Michael A. Kleinman                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Aug 25, 2017
                              Form ID: pdf905          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
```
db            +Michael A. Kleinman,    41 Maison Place,    Voorhees, NJ 08043-4192
cr            +Davis & Mendelson, L.L.C.,    1200 Laruel Oak Road, Ste. 101,    Voorhees, NJ 08043-4317
cr            +Maison Place Homeowners Association,    c/o Community Management Services Group,
                455 Larchmont Boulevard,    Mt. Laurel, NJ 08054-1929
acc           +Sharer, Petree, Brotz and Snyder,    1103 Laurel Oak Road,    Suite 105B,
                Voorhees, NJ 08043-4376
515146346      American Express,    Post Office Box 981540,    El Paso, TX 79998-1540
515146345      American Express,    c/o Jaffe & Asher,    600 Third Avenue,    New York, NY 10016-1901
516997509      American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516996970      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
515146347     +Assistant Attorney General,    Department of Justice, Tax Division,
                Civil Trial Section, Eastern Region,    PO Box 227, Ben Franklin Station,
                Washington, DC 20044-0227
515146349      Bank of America,    Post Office Box 5170,    Simi Valley, CA 93062-5170
515146350      Chase,    Post Office Box 9001022,    Louisville, KY 40290-1022
515787383     +Davis & Mendelson, L.L.C.,    c/o Sklar Law, LLC,    1200 Laurel Oak Rd.,    Suite 102,
                Voorhees, NJ 08043-4317
515146351     +Eclinicalworks,    Two Technology Drive,    Westborough, MA 01581-1727
515146352     +Howard Mendelsohn, Esquire,    1200 Laurel Oak Road,    Voorhees, NJ 08043-4323
515146354     +Maison Place Homeowners Association,    c/o Shivers Gosnay & Greatrex, LLC,
                1415 Route 70 East/Suite 309,    Cherry Hill, NJ 08034-2210
515146355     +Mindy Kleinman,    3212 Avalon Court,    Voorhees, NJ 08043-4649
515146356     +Moore Medical,    1690 New Britain Avenue,    Post Office Box 4066,    Farmington, CT 06034-4066
515146357     +NetCarrier Telecom, Inc.,    4000 N. Cannon Avenue,    Lansdale, PA 19446-1880
515146358      Pitney Bowes Global Financial Services,    500 Ross Street/Suite 154-0470,
                Post Office Box 371887,    Pittsburgh, PA 15262-0001
515146359      Sanofi Pasteur, Inc.,    Attn: Diane DeFabo,    Discovery Drive,    Swiftwater, PA  18370
515146360     +TD Bank,    401 Route 73,    Voorhees, NJ 08043-9589
515146362    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bancorp,    US Bancorp Center,    800 Nicollet Mall,
                Minneapolis, MN 55402)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 25 2017 23:20:54      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 25 2017 23:20:50      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
intp          +E-mail/Text: lillian.felici@flastergreenberg.com Aug 25 2017 23:21:20      Douglas S. Stanger,
                Flaster Greenberg,    Trustee for the Estate of,    Mindy Kleinman,    646 Ocean Heights Avenue,
                Linwood, NJ 08221-1009
515146353     +E-mail/Text: cio.bncmail@irs.gov Aug 25 2017 23:20:33      Internal Revenue Service,
                Post Office Box 7346,    Philadelphia, PA 19101-7346
516379695      E-mail/PDF: gecsedi@recoverycorp.com Aug 25 2017 23:24:29      Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
515146361     +E-mail/Text: usanj.njbankr@usdoj.gov Aug 25 2017 23:20:54      United States Attorney,
                970 Broad Street, 5th Floor,    Newark, NJ 07102-2527
515146348      E-mail/Text: vci.bkcy@vwcredit.com Aug 25 2017 23:21:00      Audi Financial Services,
                PO Box 7247-0136,    Philadelphia, PA 19170
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Aug 25, 2017
                               Form ID: pdf905          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
              Andrew   Sklar    on behalf of Trustee Andrew   Sklar andy@sklarlaw.com,
               NJ43@ecfcbis.com;dolores@sklarlaw.com
              Andrew   Sklar    on behalf of Creditor    Davis & Mendelson, L.L.C. andy@sklarlaw.com,
               dolores@sklarlaw.com
              Barry W. Frost    on behalf of Debtor Michael A. Kleinman bfrost@teichgroh.com
              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas     brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
              Brian S. Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com
              Denise E. Carlon    on behalf of Creditor     BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Interested Party Douglas S. Stanger
               doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              George C. Greatrex, Jr.    on behalf of Creditor    Maison Place Homeowners Association
               ggreatrex@sgglawfirm.com,  kmuchler@verizon.net
              Joel R. Spivack    on behalf of Creditor Mindy   Kleinman joel@spivacklaw.com,
               admin@spivacklaw.com;r44331@notify.bestcase.com
              Joshua I. Goldman    on behalf of Creditor     BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert J. Schneider    on behalf of U.S. Trustee    United States Trustee
               robert.j.schneider@usdoj.gov
              Scott M. Zauber    on behalf of Trustee Brian   Thomas szauber@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
              m;hinnaurato@subranni.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14
```