Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  14–32288–ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael A. Kleinman
  41 Maison Place
  Voorhees, NJ 08043

Social Security No.:
  xxx–xx–4368

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:        10/26/17
Time:        02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Scott M. Zauber, Trustee's Attorney, period: 6/26/2015 to 9/22/2017

COMMISSION OR FEES
Fees: $14,285.00

EXPENSES
$7.56

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: September 25, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 14-32288-ABA
Michael A. Kleinman                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Sep 25, 2017
                              Form ID: 137         Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
db            +Michael A. Kleinman,   41 Maison Place,   Voorhees, NJ 08043-4192
cr            +Davis & Mendelson, L.L.C.,   1200 Laruel Oak Road, Ste. 101,   Voorhees, NJ 08043-4317
cr            +Maison Place Homeowners Association,   c/o Community Management Services Group,
               455 Larchmont Boulevard,   Mt. Laurel, NJ 08054-1929
acc           +Sharer, Petree, Brotz and Snyder,   1103 Laurel Oak Road,   Suite 105B,
               Voorhees, NJ 08043-4376
515146346      American Express,   Post Office Box 981540,   El Paso, TX 79998-1540
515146345      American Express,   c/o Jaffe & Asher,   600 Third Avenue,   New York, NY 10016-1901
516997509      American Express Bank, FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516996970      American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
515146347     +Assistant Attorney General,   Department of Justice, Tax Division,
               Civil Trial Section, Eastern Region,   PO Box 227, Ben Franklin Station,
               Washington, DC 20044-0227
515146349      Bank of America,   Post Office Box 5170,   Simi Valley, CA 93062-5170
515146350      Chase,   Post Office Box 9001022,   Louisville, KY 40290-1022
515787383     +Davis & Mendelson, L.L.C.,   c/o Sklar Law, LLC,   1200 Laurel Oak Rd.,   Suite 102,
               Voorhees, NJ 08043-4317
515146351     +Eclinicalworks,   Two Technology Drive,   Westborough, MA 01581-1727
515146352     +Howard Mendelsohn, Esquire,   1200 Laurel Oak Road,   Voorhees, NJ 08043-4323
515146354     +Maison Place Homeowners Association,   c/o Shivers Gosnay & Greatrex, LLC,
               1415 Route 70 East/Suite 309,   Cherry Hill, NJ 08034-2210
515146355     +Mindy Kleinman,   3212 Avalon Court,   Voorhees, NJ 08043-4649
515146356     +Moore Medical,   1690 New Britain Avenue,   Post Office Box 4066,   Farmington, CT 06034-4066
515146357     +NetCarrier Telecom, Inc.,   4000 N. Cannon Avenue,   Lansdale, PA 19446-1880
515146358      Pitney Bowes Global Financial Services,   500 Ross Street/Suite 154-0470,
               Post Office Box 371887,   Pittsburgh, PA 15262-0001
515146359      Sanofi Pasteur, Inc.,   Attn: Diane DeFabo,   Discovery Drive,   Swiftwater, PA  18370
515146360     +TD Bank,   401 Route 73,   Voorhees, NJ 08043-9589
515146362    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bancorp,   US Bancorp Center,   800 Nicollet Mall,
               Minneapolis, MN 55402)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2017 23:19:49    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2017 23:19:46    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
intp          +E-mail/Text: lillian.felici@flastergreenberg.com Sep 25 2017 23:20:10    Douglas S. Stanger,
               Flaster Greenberg,   Trustee for the Estate of,   Mindy Kleinman,   646 Ocean Heights Avenue,
               Linwood, NJ 08221-1009
515146353     +E-mail/Text: cio.bncmail@irs.gov Sep 25 2017 23:19:22    Internal Revenue Service,
               Post Office Box 7346,   Philadelphia, PA 19101-7346
516379695      E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2017 23:16:13    Synchrony Bank,
               c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
515146361     +E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2017 23:19:49    United States Attorney,
               970 Broad Street, 5th Floor,   Newark, NJ 07102-2527
515146348      E-mail/Text: vci.bkcy@vwcredit.com Sep 25 2017 23:19:55    Audi Financial Services,
               PO Box 7247-0136,   Philadelphia, PA 19170
                                                                                    TOTAL: 7


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin            Page 2 of 2             Date Rcvd: Sep 25, 2017
                             Form ID: 137            Total Noticed: 29
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2017 at the address(es) listed below:
          Andrew   Sklar   on behalf of Trustee Andrew  Sklar andy@sklarlaw.com,
           NJ43@ecfcbis.com;dolores@sklarlaw.com
          Andrew   Sklar   on behalf of Creditor   Davis & Mendelson, L.L.C. andy@sklarlaw.com,
           dolores@sklarlaw.com
          Barry W. Frost   on behalf of Debtor Michael A. Kleinman bfrost@teichgroh.com
          Brian  Thomas   on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
           bthomas@ecf.epiqsystems.com
          Brian  Thomas   brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
          Brian S. Thomas   on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com
          Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger   on behalf of Interested Party Douglas S. Stanger
           doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
          George C. Greatrex, Jr.   on behalf of Creditor   Maison Place Homeowners Association
           ggreatrex@sgglawfirm.com,  kmuchler@verizon.net
          Joel R. Spivack   on behalf of Creditor Mindy  Kleinman joel@spivacklaw.com,
           admin@spivacklaw.com;r44331@notify.bestcase.com
          Joshua I. Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Robert J. Schneider   on behalf of U.S. Trustee   United States Trustee
           robert.j.schneider@usdoj.gov
          Scott M. Zauber   on behalf of Trustee Brian  Thomas szauber@subranni.com,
           ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
           m;hinnaurato@subranni.com
          United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 14
```