UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SUBRANNI ZAUBER LLC
Willow Ridge Executive Office Park
750 Route 73 South, Suite 307B
Marlton, NJ 08053
(609) 347-7000; Fax (609) 345-4545
Attorneys for Trustee
By: Scott M. Zauber, Esq.  SZ6086

In Re:

Michael A. Kleinman

Order Filed on October 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    14-32288-ABA

Hearing Date:    October 26, 2017

Judge:    Andrew B. Altenburg

Chapter:    7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 26, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Subranni Zauber LLC | $14,285.00 | $7.56 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Michael A. Kleinman
    Debtor

Case No. 14-32288-ABA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Oct 27, 2017
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2017.
db        +Michael A. Kleinman,   41 Maison Place,   Voorhees, NJ 08043-4192

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2017 at the address(es) listed below:
        Andrew Sklar   on behalf of Trustee Andrew Sklar andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
        Andrew Sklar   on behalf of Creditor   Davis & Mendelson, L.L.C. andy@sklarlaw.com, dolores@sklarlaw.com
        Barry W. Frost   on behalf of Debtor Michael A. Kleinman bfrost@teichgroh.com
        Brian Thomas   on behalf of Trustee Brian Thomas brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
        Brian Thomas   brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
        Brian S. Thomas   on behalf of Trustee Brian Thomas brian@brianthomaslaw.com
        Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Douglas S. Stanger   on behalf of Interested Party Douglas S. Stanger doug.stanger@flastergreenberg.com, nj02@ecfcbis.com, jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
        George C. Greatrex, Jr.   on behalf of Creditor   Maison Place Homeowners Association ggreatrex@sgglawfirm.com, kmuchler@verizon.net
        Joel R. Spivack   on behalf of Creditor Mindy Kleinman joel@spivacklaw.com, admin@spivacklaw.com;r44331@notify.bestcase.com
        Joshua I. Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Robert J. Schneider   on behalf of U.S. Trustee   United States Trustee robert.j.schneider@usdoj.gov
        Scott M. Zauber   on behalf of Trustee Brian Thomas szauber@subranni.com, ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;hinnaurato@subranni.com
        United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 14