| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>BARRY R. SHARER, CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | **Order Filed on November 30, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
|---|---|
| In Re:<br><br>**KLEINMAN. MICHAEL** | Case No.: **14-32288**<br><br>Chapter 7<br><br>Hearing Date: **11/30/17@ 2:00PM**<br><br>Judge: ABA |

### ORDER AWARDING COMPENSATION AND EXPENSES
### FOR THE ACCOUNTANT TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: November 30, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: **KLEINMAN. MICHAEL**

Case No.: **14-32288**

Caption of Order: Order Approving Fees and Expenses for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

APPLICANT

Sharer Petree Brotz & Snyder

FEES:         $2,225.00

EXPENSES   $    14.65

TOTAL:        $2,239.65

United States Bankruptcy Court
District of New Jersey

In re:
Michael A. Kleinman
    Debtor

Case No. 14-32288-ABA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 30, 2017
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2017.
db            +Michael A. Kleinman,    41 Maison Place,    Voorhees, NJ 08043-4192

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2017 at the address(es) listed below:
           Andrew  Sklar    on behalf of Trustee Andrew  Sklar andy@sklarlaw.com,
            NJ43@ecfcbis.com;dolores@sklarlaw.com
           Andrew  Sklar    on behalf of Creditor   Davis & Mendelson, L.L.C. andy@sklarlaw.com,
            dolores@sklarlaw.com
           Barry R. Sharer    on behalf of Accountant    Sharer, Petree, Brotz and Snyder
            CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
           Barry W. Frost    on behalf of Debtor Michael A. Kleinman bfrost@teichgroh.com
           Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
            bthomas@ecf.epiqsystems.com
           Brian  Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
           Brian S. Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com
           Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Douglas S. Stanger    on behalf of Interested Party Douglas S. Stanger
            doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
            jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
           George C. Greatrex, Jr.    on behalf of Creditor    Maison Place Homeowners Association
            ggreatrex@sgglawfirm.com,   kmuchler@verizon.net
           Joel R. Spivack    on behalf of Creditor Mindy  Kleinman joel@spivacklaw.com,
            admin@spivacklaw.com;r44331@notify.bestcase.com
           Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Robert J. Schneider    on behalf of U.S. Trustee    United States Trustee
            robert.j.schneider@usdoj.gov
           Scott M. Zauber    on behalf of Trustee Brian  Thomas szauber@subranni.com,
            ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;hinnaurato@subranni.com
           United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                           TOTAL: 15