# BRIAN S. THOMAS, LLC

### ATTORNEY AT LAW

327 CENTRAL AVENUE
CENTRAL PROFESSIONAL PLAZA – SUITE 103
LINWOOD, NJ 08221
(609) 601-6066 · FAX: (609) 601-6061 · Email: brian@brianthomaslaw.com

18 NORTH MAIN STREET
CAPE MAY COURT HOUSE, NJ 08210
(609) 463-4800

157 NORTH MAIN STREET
MANAHAWKIN, NJ 08050
(609) 978-4800

April 12, 2018

**Via Electronic Filing**
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
15 North 7th Street
Camden, New Jersey 08102

RE:    Bankruptcy of Michael A. Kleinman
       Our File No. N29071-BT
       Case No. 14-32288/ABA

Dear Ms. Naughton:

I filed an Application for Attorney Compensation on March 29, 2018 in error. I respectfully request that the application be withdrawn.

Your attention to this matter is sincerely appreciated.

Very Truly yours,

Brian S. Thomas

BST:kl