Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−32288−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael A. Kleinman
   41 Maison Place
   Voorhees, NJ 08043

Social Security No.:
   xxx−xx−4368

Employer's Tax I.D. No.:

### NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Andrew B. Altenburg Jr. on:

DATE:           June 14, 2018
TIME:           02:00 PM
LOCATION:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $45,000.00
TOTAL DISBURSEMENTS:    $16,777.28
BALANCE ON HAND:        $28,222.72

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Brian Thomas, Trustee

COMMISSION OR FEES
$5,250.00

EXPENSES
$42.08

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: May 14, 2018
JAN: jpl

                                                                                        Jeanne Naughton
                                                                                        Clerk

Case 14-32288-ABA    Doc 76    Filed 05/16/18    Entered 05/17/18 00:35:04    Desc Imaged
Certificate of Notice    Page 2 of 4

```
                                 United States Bankruptcy Court
                                      District of New Jersey
In re:                                                                       Case No. 14-32288-ABA
Michael A. Kleinman                                                          Chapter 7
          Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: May 14, 2018
                               Form ID: 192                 Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db             #+Michael A. Kleinman,    41 Maison Place,    Voorhees, NJ 08043-4192
cr              +Davis & Mendelson, L.L.C.,    1200 Laruel Oak Road, Ste. 101,    Voorhees, NJ 08043-4317
cr              +Maison Place Homeowners Association,    c/o Community Management Services Group,
                  455 Larchmont Boulevard,    Mt. Laurel, NJ 08054-1929
acc             +Sharer, Petree, Brotz and Snyder,    1103 Laurel Oak Road,    Suite 105B,
                  Voorhees, NJ 08043-4376
515146345        American Express,    c/o Jaffe & Asher,    600 Third Avenue,    New York, NY 10016-1901
515146346        American Express,    Post Office Box 981540,    El Paso, TX 79998-1540
516997509        American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516996970        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern PA 19355-0701
515146347       +Assistant Attorney General,    Department of Justice, Tax Division,
                  Civil Trial Section, Eastern Region,    PO Box 227, Ben Franklin Station,
                  Washington, DC 20044-0227
515146349        Bank of America,    Post Office Box 5170,    Simi Valley, CA 93062-5170
515146350        Chase,    Post Office Box 9001022,    Louisville, KY 40290-1022
515787383       +Davis & Mendelson, L.L.C.,    c/o Sklar Law, LLC,    1200 Laurel Oak Rd.,    Suite 102,
                  Voorhees, NJ 08043-4317
515146351       +Eclinicalworks,    Two Technology Drive,    Westborough, MA 01581-1727
515146352       +Howard Mendelsohn, Esquire,    1200 Laurel Oak Road,    Voorhees, NJ 08043-4323
515146354       +Maison Place Homeowners Association,    c/o Shivers Gosnay & Greatrex, LLC,
                  1415 Route 70 East/Suite 309,    Cherry Hill, NJ 08034-2210
515146355       +Mindy Kleinman,    3212 Avalon Court,    Voorhees, NJ 08043-4649
515146356       +Moore Medical,    1690 New Britain Avenue,    Post Office Box 4066,    Farmington, CT 06034-4066
515146357       +NetCarrier Telecom, Inc.,    4000 N. Cannon Avenue,    Lansdale, PA 19446-1880
515146358        Pitney Bowes Global Financial Services,    500 Ross Street/Suite 154-0470,
                  Post Office Box 371887,    Pittsburgh, PA 15262-0001
515146359        Sanofi Pasteur, Inc.,    Attn: Diane DeFabo,    Discovery Drive,    Swiftwater, PA  18370
515146360       +TD Bank,    401 Route 73,    Voorhees, NJ 08043-9589
515146362      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   US Bancorp,    US Bancorp Center,    800 Nicollet Mall,
                  Minneapolis, MN 55402)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 14 2018 23:31:33      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2018 23:31:31     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
intp           +E-mail/Text: lillian.felici@flastergreenberg.com May 14 2018 23:32:00     Douglas S. Stanger,
                  Flaster Greenberg,    Trustee for the Estate of,    Mindy Kleinman,    646 Ocean Heights Avenue,
                  Linwood, NJ 08221-1009
515146353      +E-mail/Text: cio.bncmail@irs.gov May 14 2018 23:31:11      Internal Revenue Service,
                  Post Office Box 7346,    Philadelphia, PA 19101-7346
516379695       E-mail/PDF: gecsedi@recoverycorp.com May 14 2018 23:30:21      Synchrony Bank,
                  c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
515146361      +E-mail/Text: usanj.njbankr@usdoj.gov May 14 2018 23:31:33      United States Attorney,
                  970 Broad Street, 5th Floor,    Newark, NJ 07102-2527
515146348       E-mail/Text: vci.bkcy@vwcredit.com May 14 2018 23:31:40      Audi Financial Services,
                  PO Box 7247-0136,    Philadelphia, PA 19170
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-1         User: admin              Page 2 of 2            Date Rcvd: May 14, 2018
                             Form ID: 192             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
          Andrew  Sklar    on behalf of Trustee Andrew  Sklar andy@sklarlaw.com,
           NJ43@ecfcbis.com;dolores@sklarlaw.com
          Andrew  Sklar    on behalf of Creditor    Davis & Mendelson, L.L.C. andy@sklarlaw.com,
           dolores@sklarlaw.com
          Barry R. Sharer    on behalf of Accountant    Sharer, Petree, Brotz and Snyder
           CShapiro@SharerPBS.com,  BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry W. Frost    on behalf of Debtor Michael A. Kleinman bfrost@teichgroh.com
          Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
           bthomas@ecf.epiqsystems.com
          Brian  Thomas    brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
          Brian S. Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Douglas S. Stanger    on behalf of Interested Party Douglas S. Stanger
           doug.stanger@flastergreenberg.com,  nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          George C. Greatrex, Jr.    on behalf of Creditor    Maison Place Homeowners Association
           ggreatrex@sgglawfirm.com,  kmuchler@verizon.net
          Joel R. Spivack    on behalf of Creditor Mindy  Kleinman joel@spivacklaw.com,
           admin@spivacklaw.com;r44331@notify.bestcase.com
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Robert J. Schneider    on behalf of U.S. Trustee    United States Trustee
           robert.j.schneider@usdoj.gov
          Scott M. Zauber    on behalf of Trustee Brian  Thomas szauber@subranni.com,
           ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;dpereira@subranni.c
           om
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 15
```