UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on June 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael Kleinman

Case No.: 14-32288

Hearing Date: 6/14/18

Judge: Altenburg

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 14, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 14-32288-ABA    Doc 79    Filed 06/16/18    Entered 06/17/18 00:33:43    Desc Imaged
                Certificate of Notice    Page 2 of 3
Case 14-32288-ABA    Doc 74-2    Filed 05/10/18    Entered 05/10/18 13:01:09    Desc
        Unsigned Order Awarding Trustee's Compensation and Expenses    Page 1 of 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Case No. 14-32288-ABA

KLEINMAN, MICHAEL A.

Debtor(s)

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this _____ day of _____, 2018, upon consideration of the foregoing application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $5,250.00 is reasonable compensation for the services rendered in this case by BRIAN S. THOMAS, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $42.08 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_____
HONORABLE ANDREW B. ALTENTBURG, JR.

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 14-32288-ABA
Michael A. Kleinman                                             Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin                 Page 1 of 1                  Date Rcvd: Jun 14, 2018
                              Form ID: pdf903             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.
db             #+Michael A. Kleinman,    41 Maison Place,    Voorhees, NJ 08043-4192

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:
              Andrew   Sklar    on behalf of Trustee Andrew   Sklar andy@sklarlaw.com,
               NJ43@ecfcbis.com;dolores@sklarlaw.com
              Andrew   Sklar    on behalf of Creditor    Davis & Mendelson, L.L.C. andy@sklarlaw.com,
               dolores@sklarlaw.com
              Barry R. Sharer    on behalf of Accountant    Sharer, Petree, Brotz and Snyder
               CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry W. Frost    on behalf of Debtor Michael A. Kleinman bfrost@teichgroh.com
              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
              Brian S. Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Interested Party Douglas S. Stanger
               doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              George C. Greatrex, Jr.    on behalf of Creditor    Maison Place Homeowners Association
               ggreatrex@sgglawfirm.com,    kmuchler@verizon.net
              Joel R. Spivack    on behalf of Creditor Mindy   Kleinman joel@spivacklaw.com,
               admin@spivacklaw.com;r44331@notify.bestcase.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert J. Schneider    on behalf of U.S. Trustee    United States Trustee
               robert.j.schneider@usdoj.gov
              Scott M. Zauber    on behalf of Trustee Brian   Thomas szauber@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;dhoff@subranni.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 15