UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

In re: §
§
KLEINMAN, MICHAEL A. § Case No. 14-32288 ABA
§
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRIAN S. THOMAS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 356,917.78 *(Without deducting any secured claims)* | Assets Exempt: 31,800.00 |
| Total Distributions to Claimants: 22,930.64 | Claims Discharged Without Payment: 448,751.31 |
| Total Expenses of Administration: 22,069.36 | |

3) Total gross receipts of $ 45,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 45,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 424,000.00 | $ 750.00 | $ 750.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 22,069.36 | 22,069.36 | 22,069.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 11,500.00 | 1,600.00 | 1,600.00 | 1,600.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 294,252.79 | 193,607.16 | 193,607.16 | 21,330.64 |
| **TOTAL DISBURSEMENTS** | $ 729,752.79 | $ 218,026.52 | $ 218,026.52 | $ 45,000.00 |

4) This case was originally filed under chapter 7 on 10/31/2014. The case was pending for 47 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/10/2018        By:/s/BRIAN S. THOMAS, TRUSTEE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 100% OWNER OF MICHAEL KLEINMAN, DO, LLC | 1129-000 | 45,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$45,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Post Office Box 5170 Simi Valley, CA 93062-5170 | | 224,000.00 | NA | NA | 0.00 |
| | TD Bank 401 Route 73 Voorhees, NJ 08043 | | 200,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | MAISON PLACE HOMEOWNERS ASSOCIATION | 4110-000 | NA | 750.00 | 750.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 424,000.00 | $ 750.00 | $ 750.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:BRIAN S. THOMAS, CHAPTER 7 TRUSTEE | 2100-000 | NA | 5,250.00 | 5,250.00 | 5,250.00 |
| TRUSTEE EXPENSES:BRIAN S. THOMAS, CHAPTER 7 TRUSTEE | 2200-000 | NA | 42.08 | 42.08 | 42.08 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 20.04 | 20.04 | 20.04 |
| EMPIRE BANK | 2600-000 | NA | 225.03 | 225.03 | 225.03 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):SUBRANNI ZAUBER LLC | 3210-000 | NA | 14,285.00 | 14,285.00 | 14,285.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):SUBRANNI ZAUBER LLC | 3220-000 | NA | 7.56 | 7.56 | 7.56 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):SHARER, PETREE, BROTZ & SNYDER | 3410-000 | NA | 2,225.00 | 2,225.00 | 2,225.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):SHARER, PETREE, BROTZ & SNYDER | 3420-000 | NA | 14.65 | 14.65 | 14.65 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 22,069.36 | $ 22,069.36 | $ 22,069.36 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Post Office Box 7346 Philadelphia, PA 19101 | | 11,500.00 | NA | NA | 0.00 |
| 000003A | MINDY KLEINMAN | 5100-000 | 0.00 | 1,600.00 | 1,600.00 | 1,600.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 11,500.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Post Office Box 9001022 Louisville, KY 40290-1022 | | 122,132.71 | NA | NA | 0.00 |
| | Eclinicalworks Two Technology Drive Westborough, MA 01581 | | 1,800.00 | NA | NA | 0.00 |
| | Howard Mendelsohn, Esquire 1200 Laurel Oak Road Voorhees, NJ 08043 | | 114,000.00 | NA | NA | 0.00 |
| | Maison Place Homeowners Association c/o Shivers Gosnay & Greatrex, LLC 1415 Route 70 East/Suite 309 Cherry Hill, NJ 08034 | | 500.00 | NA | NA | 0.00 |
| | Moore Medical 1690 New Britain Avenue Post Office Box 4066 Farmington, CT 06032-4066 | | 5,000.00 | NA | NA | 0.00 |
| | NetCarrier Telecom, Inc. 4000 N. Cannon Avenue Lansdale, PA 19446 | | 2,000.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pitney Bowes Global Financial Services 500 Ross Street/Suite 154-0470 Post Office Box 371887 Pittsburgh, PA 15262-0001 | | 1,500.00 | NA | NA | 0.00 |
| | Sanofi-Pasteur, Inc. Discovery Drive Swiftwater, PA 18370-0187 | | 2,500.00 | NA | NA | 0.00 |
| | US Bancorp US Bancorp Center 800 Nicollet Mall Minneapolis, MN 55402 | | 15,542.08 | NA | NA | 0.00 |
| 000007 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 11,692.45 | 11,585.95 | 11,585.95 | 1,276.48 |
| 000008 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 13,747.77 | 14,446.50 | 14,446.50 | 1,591.64 |
| 000005 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 1,266.14 | 2,966.07 | 2,966.07 | 326.79 |
| 000006 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 2,571.64 | 1,889.88 | 1,889.88 | 208.22 |
| 000002 | DAVIS & MENDELSON, L.L.C. | 7100-000 | NA | 114,747.06 | 114,747.06 | 12,642.24 |
| 000003A | MINDY KLEINMAN | 7100-000 | NA | 45,819.12 | 45,819.12 | 5,048.11 |
| 000001 | SANOFI PASTEUR, INC. | 7100-000 | NA | 2,152.58 | 2,152.58 | 237.16 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 294,252.79 | $ 193,607.16 | $ 193,607.16 | $ 21,330.64 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-32288 ABA | Judge: ANDREW B. ALTENTBURG, JR. | Trustee Name: | BRIAN S. THOMAS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | KLEINMAN, MICHAEL A. | | Date Filed (f) or Converted (c): | 10/31/14 (f) |
| | | | 341(a) Meeting Date: | 12/29/14 |
| For Period Ending: | 09/10/18 | | Claims Bar Date: | 09/11/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 41 MAISON PLACE, VOORHEES, NJ | 375,000.00 | 0.00 | OA | 0.00 | FA |
| 2. CASH | 75.00 | 0.00 | | 0.00 | FA |
| 3. CITIZEN'S BANK - LLC CHECKING ACCOUNT | 100.00 | 0.00 | | 0.00 | FA |
| 4. CITIZEN'S BANK BUSINESS CHECKING | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. CITIZEN'S BANK - SAVINGS | 300.00 | 0.00 | | 0.00 | FA |
| 6. CITIZEN'S BANK - PERSONAL CHECKING | 100.00 | 0.00 | | 0.00 | FA |
| 7. SUN NATIONAL BANK - CHECKING ACCOUNT | 50.00 | 0.00 | | 0.00 | FA |
| 8. MISCELLANEOUS | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. CLOTHES | 800.00 | 0.00 | | 0.00 | FA |
| 10. JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 11. MISCELLANEOUS SPORTS EQUIPMENT | 200.00 | 0.00 | | 0.00 | FA |
| 12. LIFE INSURANCE - TERM POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 13. EDUCATION IRA | 0.00 | 0.00 | | 0.00 | FA |
| 14. 100% OWNER OF MICHAEL KLEINMAN, DO, LLC | 0.00 | 50,000.00 | | 45,000.00 | FA |
| 15. AMERIPRISE STOCK ACCOUNT | 900.00 | 0.00 | | 0.00 | FA |
| 16. ADVANCED INTERNAL MEDICINE OF SOUTH JERSEY | 0.00 | 0.00 | | 0.00 | FA |
| 17. A/R OF INSURANCE COMPANY - COLLECTIBLE | 3,992.78 | 0.00 | | 0.00 | FA |
| 18. 2000 BAY RUNNER BOAT AND TRAILER | 2,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $388,717.78    $50,000.00    $45,000.00    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 14-32288    ABA    Judge: ANDREW B. ALTENTBURG, JR. | Trustee Name:    BRIAN S. THOMAS, TRUSTEE |
| Case Name:    KLEINMAN, MICHAEL A. | Date Filed (f) or Converted (c):    10/31/14 (f) |
| | 341(a) Meeting Date:    12/29/14 |
| | Claims Bar Date:    09/11/17 |

Initial Projected Date of Final Report (TFR): 04/30/18    Current Projected Date of Final Report (TFR): 04/30/18

/s/    BRIAN S. THOMAS, TRUSTEE
_____    Date: _____
BRIAN S. THOMAS, TRUSTEE

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-32288 -ABA | | Trustee Name: | BRIAN S. THOMAS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | KLEINMAN, MICHAEL A. | | Bank Name: | EMPIRE BANK |
| | | | Account Number / CD #: | *******2921 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7072 | | | |
| For Period Ending: | 09/10/18 | | Blanket Bond (per case limit): | $ 39,709,084.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/11/17 | 14 | DR. STEPHEN KLEINMAN<br>346 TROTTING LANE<br>WESTBURY, NY 11590 | Settlement payment | 1129-000 | 45,000.00 | | 45,000.00 |
| 11/01/17 | | EMPIRE BANK | BANK SERVICE FEE | 2600-000 | | 43.15 | 44,956.85 |
| 11/20/17 | 500001 | SUBRANNI ZAUBER, LLC | SPECIAL COUNSEL FEES | 3210-000 | | 14,285.00 | 30,671.85 |
| 11/20/17 | 500002 | SUBRANNI ZAUBER, LLC | SPECIAL COUNSEL EXPENSES | 3220-000 | | 7.56 | 30,664.29 |
| 12/01/17 | | EMPIRE BANK | BANK SERVICE FEE | 2600-000 | | 58.50 | 30,605.79 |
| 12/04/17 | 500003 | SHARER, PETREE, BROTZ & SNYDER | Accountant Fees | 3410-000 | | 2,225.00 | 28,380.79 |
| 12/04/17 | 500004 | SHARER, PETREE, BROTZ & SNYDER | ACCOUNTANT EXPENSES | 3420-000 | | 14.65 | 28,366.14 |
| 01/02/18 | | EMPIRE BANK | BANK SERVICE FEE | 2600-000 | | 43.34 | 28,322.80 |
| 01/19/18 | 500005 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | BOND #016026385<br>TERM: 01/01/18 to 01/01/19 | 2300-000 | | 20.04 | 28,302.76 |
| 02/01/18 | | EMPIRE BANK | BANK SERVICE FEE | 2600-000 | | 42.10 | 28,260.66 |
| 03/01/18 | | EMPIRE BANK | BANK SERVICE FEE | 2600-000 | | 37.94 | 28,222.72 |
| 06/22/18 | 500006 | BRIAN S. THOMAS, CHAPTER 7 TRUSTEE | Trustee Compensation | 2100-000 | | 5,250.00 | 22,972.72 |
| 06/22/18 | 500007 | BRIAN S. THOMAS, CHAPTER 7 TRUSTEE | Trustee Expenses | 2200-000 | | 42.08 | 22,930.64 |
| 06/22/18 | 500008 | Douglas S. Stanger, Chapter 7 Trustee<br>for Mindy Kleinman<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221 | Claim 000003A, Payment 100.00000%<br>(3-1) Domestic Support<br>Obligation(3-2) Support-$1,600 priority/Equitable<br>Distribution-$45,819.12 (as of today) | 5100-000 | | 1,600.00 | 21,330.64 |
| 06/22/18 | 500009 | Sanofi Pasteur, Inc.<br>Attn: Diane DeFabo<br>Discovery Drive<br>Swiftwater, PA 18370 | Claim 000001, Payment 11.01748% | 7100-000 | | 237.16 | 21,093.48 |
| 06/22/18 | 500010 | Davis & Mendelson, L.L.C.<br>c/o Sklar Law, LLC | Claim 000002, Payment 11.01748%<br>(2-1) Claim arises from unpaid | 7100-000 | | 12,642.24 | 8,451.24 |

Page Subtotals    45,000.00    36,548.76

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-32288 -ABA |
| Case Name: | KLEINMAN, MICHAEL A. |
| Taxpayer ID No: | *******7072 |
| For Period Ending: | 09/10/18 |

| | |
|---|---|
| Trustee Name: | BRIAN S. THOMAS, TRUSTEE |
| Bank Name: | EMPIRE BANK |
| Account Number / CD #: | *******2921 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 39,709,084.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/22/18 | 500011 | 1200 Laurel Oak Rd. Suite 102 Voorhees, NJ 08043 | legal fees | | | | |
| 06/22/18 | 500011 | Douglas S. Stanger, Chapter 7 Trustee for Mindy Kleinman 646 Ocean Heights Avenue Linwood, NJ 08221 | Claim 000003A, Payment 11.01747% | 7100-000 | | 5,048.11 | 3,403.13 |
| 06/22/18 | 500012 | American Express Centurion Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Claim 000005, Payment 11.01761% | 7100-000 | | 326.79 | 3,076.34 |
| 06/22/18 | 500013 | American Express Centurion Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Claim 000006, Payment 11.01763% | 7100-000 | | 208.22 | 2,868.12 |
| 06/22/18 | 500014 | American Express Bank, FSB c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Claim 000007, Payment 11.01748% | 7100-000 | | 1,276.48 | 1,591.64 |
| 06/22/18 | 500015 | American Express Bank, FSB c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Claim 000008, Payment 11.01748% | 7100-000 | | 1,591.64 | 0.00 |

Page Subtotals    0.00    8,451.24

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

Page: 3

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-32288 -ABA |
| Case Name: | KLEINMAN, MICHAEL A. |
| Taxpayer ID No: | *******7072 |
| For Period Ending: | 09/10/18 |

| | |
|---|---|
| Trustee Name: | BRIAN S. THOMAS, TRUSTEE |
| Bank Name: | EMPIRE BANK |
| Account Number / CD #: | *******2921  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 39,709,084.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 45,000.00 | 45,000.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 45,000.00 | 45,000.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 45,000.00 | 45,000.00 | |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Checking Account (Non-Interest Earn - *******2921 | 45,000.00 | 45,000.00 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 45,000.00 | 45,000.00 | 0.00 |
| | | ============== | ============== | ============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*